UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Michael E. Rivenbark, Debtor    )    Case No. 19-36609-KRH
                                       )    Chapter 13

## OBJECTION TO CONFIRMATION

COMES NOW Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan (the "Plan") dated December 23, 2019, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on December 19, 2019 under 11 U.S.C. Chapter 13.

2. This Objection is filed pursuant to 11 U.S.C. § 1325(a)(4).

3. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to provide information regarding his March 2019 transfer of real property.

4. The Debtor's Statement of Financial Affairs properly discloses his transfer of real estate located at 4025 Frederick Farms Drive in Midlothian, Virginia to his ex-wife, pursuant to a property separation agreement ("PSA").  The Trustee requests the Debtor provide a copy of the PSA, as well as proof of the mortgage payoff at the time of the transfer.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, respectfully moves the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further and other relief as the Court deems necessary.

Date: <u>February 14, 2020</u>            <u>/s/  Elizabeth C. Brogan</u>
                                          Elizabeth C. Brogan, Counsel for
                                          Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

## **CERTIFICATE OF SERVICE**

      I hereby certify a true copy of the foregoing OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 14th day of February, 2020, upon the following parties:

Michael E. Rivenbark
11524 Genito Road
Midlothian, VA 23112

Pia J. North, Counsel for Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
help@pianorth.com

                                                      /s/ Elizabeth C. Brogan
                                                         Elizabeth C. Brogan, Counsel for
                                                         Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: Michael E. Rivenbark, Debtor | ) | Case No. 19-36609-KRH |
| | ) | Chapter 13 |
| 11524 Genito Road | ) | |
| Midlothian, VA 23112 | ) | |
| | ) | |
| XXX-XX-7770 | ) | |

**NOTICE OF OBJECTION TO CONFIRMATION**

Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, has filed papers with the Court objecting to the confirmation of your Chapter 13 Plan dated December 23, 2019.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

_X_  File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough that the Court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia 23219

You must also mail a copy to:

        Elizabeth C. Brogan
        Counsel for Suzanne E. Wade, Chapter 13 Trustee
        7202 Glen Forest Drive, Suite 202
        Richmond, Virginia 23226

_X_  Attend the hearing on the Objection, scheduled to be held on **February 26, 2020** at **11:10 a.m.** at **United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection, and may enter an order granting that relief.

Date: <u>February 14, 2020</u>  /s/  Elizabeth C. Brogan
Elizabeth C. Brogan, Counsel for
Suzanne E. Wade, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing NOTICE OF OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 14th day of February, 2020, upon the following parties:

Michael E. Rivenbark
11524 Genito Road
Midlothian, VA 23112

Pia J. North, Counsel for Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
help@pianorth.com

/s/  Elizabeth C. Brogan
Elizabeth C. Brogan, Counsel for
Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979