UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Michael E. Rivenbark, Debtor    )        Case No. 19-36609-KRH
                                       )        Chapter 13

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR SALE OF PROPERTY AND REQUEST FOR HEARING

COMES NOW Suzanne E. Wade, Chapter 13 Trustee, and files this response to the Debtor's Motion to for sale of property, as follows:

1. On or about December 19, 2019, Suzanne E. Wade was appointed Chapter 13 Trustee in this case. She continues to serve as the Chapter 13 Trustee in this case.

2. On January 20, 2022 the Debtor filed a Motion for Authority to Sell Real Property Nunc Pro Tunc located at 11524 Genito Road, Midlothian, VA 23112.

WHEREFORE, the Chapter 13 Trustee, respectfully requests the Court to set for hearing the Debtor's Motion for Sale of Property Nunc Pro Tunc.

Respectfully submitted,

Date: February 8, 2022         /s/ Suzanne E. Wade
                               Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing TRUSTEE'S RESPONSE TO THE DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND REQUEST FOR HEARING was served electronically or by first-class mail, postage prepaid, this 8th day of February, 2022, upon the following parties:

Michael E. Rivenbark
2723 Waterford Way, Apt 2d
Midlothian, VA 23112

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226
(804) 775-0979

Pia J. North, Counsel for Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
help@pianorth.com

        /s/  Suzanne E. Wade
             Chapter 13 Trustee

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA  23226
(804) 775-0979